ANTHONY RUCANO, Appellant, v ANNA LORUSSO-MORAMARCO, Respondent.

Submitted December 16, 2013; decided January 21, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ANTHONY RUCANO, Appellant, v RICHMOND COUNTY DISTRICT ATTORNEY, Respondent.

Submitted December 9, 2013; decided January 21, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of RICHARD W. WHITE, JR., Appellant, v AMANDA WILCOX, Respondent. TERESA M. PARÉ, ESQ., Attorney for the Child, Respondent. (And Other Proceedings.)

Submitted November 18, 2013; decided January 21, 2014

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal from that portion of Family Court's order that dismissed the petition for a violation of a prior custody and visitation order, dismissed upon the ground that such portion of the order does not finally determine that proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic